UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------------x
STEVE OTIS,

                Plaintiff-Appellee,

-against-

SEAN COMBS, GARREN JAMES aka BRETT
TAYLOR, and COWBOYS4ANGELS,

                Defendants-Appellants.
-------------------------------------------------------------x

Docket No.: 26-953

District Court Case No.:
25-cv-06152(LAP)

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO
F.R.A.P 42(B)(1)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that

the above captioned appeal is voluntarily dismissed, without prejudice, pursuant to

Federal Rule of Appellate Procedure 42(b)(1).

Each party shall bear its own costs.

Dated: Huntington, New York
       April 15, 2026

**LAW OFFICES OF THOMAS A.
BIZZARO, JR., P.C.**

By: _____/s/ Steven H. Blatt_____
Steven H. Blatt, Esq.
*Attorneys for Defendant-Appellant Garren
James aka Brett Taylor*
23 Green Street, Suite 309
Huntington, New York 11743
(631) 380-3297
sblatt@tab-law.com

**EISENBERG & BAUM, LLP**

By: _/s/ David John Hommel_
David John Hommel, Esq.
*Attorneys for Plaintiff-Respondent
Steve Otis*
24 Union Square East, Penthouse
New York, New York 10003
(212) 353-8700
dhommel@eandblaw.com

1